FILED

08/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0159

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0159

_____

PERKINS FAMILY HOLDINGS, LLC,
a Montana Limited Liability Company,

      Plaintiff and Appellant,

  v.

THE TILE GUYS, LLC, AND MARSHAL
RAY BUTTERFIELD, an individual,

      Defendants and Appellees.

                        O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on August 1, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(a) requires that the brief contain a table of contents with page references and a table of cases, statutes, and other authorities cited, with references to the pages of the brief where they are cited, alphabetically arranged. Appellant's brief contains a table of contents and table of authorities; however, the contents do not meet the requirements of M. R. App. P. 12(1)(a) due to inaccurate or incomplete page references and citations.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant did not attach an appendix to the opening brief.

M. R. App. P. 11(4)(e) requires that a certification of compliance be filed with the brief. The certificate should state the line spacing, that the brief uses a monospaced typeface, and the number of counted pages. The certificate is not included in calculating the number of document pages.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
August 1 2022